IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR26 |
| v. | ) | |
| MICHAEL PERKINS, | ) | ORDER |
| Defendant. | ) | |

Before the court is the Request for Transcript by a Nonparty, Filing No. 123. After considering the matter,

IT IS ORDERED:

1. The Request for Transcript (Filing No. 123) is granted, as outlined below.

2. The nonparty petitioner must contact court reporter Allan Kuhlman at (402) 661-7302 to make arrangements for the preparation and payment of the transcript.

3. The Clerk's Office is ordered to mail a copy of this order to the nonparty's address pursuant to Filing No. 123.

DATED this 12th day of March, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge